UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                            :

UNITED STATES OF AMERICA

                            :      CONSENT PRELIMINARY ORDER

- v. -                       OF FORFEITURE /

                            :      <u>MONEY JUDGMENT</u>

SEBASTIAN BERGONZOLI,

                            :      S2 21 Cr. 639 (PKC)

          Defendant.

                            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, on or about October 15, 2021, SEBASTIAN BERGONZOLI (the "Defendant"), was charged in an a one-count Information, S2 21 Cr. 639 (PKC) (the "Information"), with drug trafficking conspiracy, in violation of Title 21, United States Code, Section 846 (Count One);

WHEREAS, the Information included a forfeiture allegation as to Count One, seeking forfeiture to the United States, pursuant to Title 21, United States Code, Section 853, of any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offense charged in Count One of the Information and any and all property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense charged in Count One of the Information, including but not limited to a sum of money in United Sates currency representing the amount of proceeds traceable to the commission of the offense charged in Count One of the Information and the following specific property: 1980 Cessna T210N, Serial #21064671 (the "Subject Property");

WHEREAS, on or about June 18, 2021, the Government seized the Subject Property;

WHEREAS, on or about January 9, 2023, a Declaration of Administrative Forfeiture was entered by the Drug Enforcement Administration forfeiting the Subject Property to the Government;

WHEREAS, on or about June 29, 2023, the Defendant pled guilty to Count One of the Information pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Information and agreed to, *inter alia*, forfeit to the United States, pursuant to Title 21, United States Code, Section 853, a sum of money equal to $50,000 in United States currency, representing proceeds traceable to the commission of the offense charged in Count One of the Information;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $50,000 in United States currency, representing the amount of proceeds traceable to the offense charged in Count One of the Information that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count One of the Information that the Defendant personally obtained cannot be located upon the exercise of due diligence, with the exception of the Subject Property;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Jay Clayton, United States Attorney, Assistant United States Attorney, Samuel P. Rothschild, of counsel, and the Defendant, and his counsel, Robert Feitel, Esq., that:

1.      As a result of the offense charged in Count One of the Information, to which the Defendant pled guilty, a money judgment in the amount of $50,000 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in

2

Count One of the Information that the Defendant personally obtained, shall be entered against the Defendant.

2.      Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, SEBASTIAN BERGONZOLI, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3.      All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Illicit Finance and Money Laundering Unit, 26 Federal Plaza, 38th Floor, New York, New York 10278, and shall indicate the Defendant's name and case number.

4.      The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5.      Upon entry of this Consent Preliminary Order of Forfeiture/Money Judgment the Government shall apply the Subject Property towards the satisfaction of the Money Judgment.

6.      Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

7.      Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate,

3

or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

        8.     The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture /Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

4

9.     The signature page of this Consent Preliminary Order of Forfeiture/Money

Judgment may be executed in one or more counterparts, each of which will be deemed an original

but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:  _____          1/28/26
          SAMUEL P. ROTHSCHILD              DATE
          Assistant United States Attorney
          26 Federal Plaza
          New York, NY 10278
          (212) 637-2504


SEBASTIAN BERGONZOLI

By:  _____          1. 28. 26
          SEBASTIAN BERGONZOLI             DATE


By:  _____          1/28/26
          ROBERT FEITEL, ESQ.              DATE
          Attorney for Defendant
          rf@rfeitellaw.com


SO ORDERED:

_____          1-24-26
HONORABLE P. KEVIN CASTEL             DATE
UNITED STATES DISTRICT JUDGE

5