**LAW OFFICE OF ROBERT FEITEL, P.L.L.C.**
**1300 Pennsylvania Avenue, N.W.**
**WASHINGTON, D.C. 20008**
**202-450-6133 (office)**
**202-255-6637 (cell)**
**RF@RFeitelLaw.com**

March 26, 2026

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
Manhattan, New York

       Re:    *United States v. Sebastian Bergonzoli; 21 Cr. 639 (PKC)*

Dear Judge Castel:

      I am writing to respectfully request that this Court extend my client's surrender date to the United States Bureau of Prisons for thirty (30) days, from March 31, 2026, until April 30, 2026.

      My client needs the additional time to organize his family and business affairs. The prosecutor assigned to the case does not oppose this request and the defense will not be requesting a further continuance of the surrender date.

      Thank you for your consideration of this matter.

Respectfully submitted

*Robert Feitel*

Robert Feitel

cc: AUSA Samuel Rothschild
    AUSA Mitzi Steiner

Surrender date is extended from March 31, 2026 to April 30, 2026.
SO ORDERED.
Dated:  3/27/2026

P. Kevin Castel
United States District Judge